| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar No. 122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar No. 294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
PAMELA L. PRINGLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00083 DAD-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) WAIVER OF DEFENDANT'S PERSONAL |
| | ) APPEARANCE; [~~PROPOSED~~] ORDER |
| PAMELA L. PRINGLE, | ) THEREON |
| Defendant. | ) Date: September 25, 2017 |
| | ) Time: 1:00 p.m. |
| | ) Judge Hon. Barbara A. McAuliffe |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, PAMELA L. PRINGLE, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, Assistant Federal Defender, Megan T. Hopkins, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.

Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

/ / /

/ / /

This request is made to avoid the necessity of travel for all court appearances, in light of the fact that defendant has sustained an injury (broken foot) which limits her ability and comfort in travelling to court.

DATED: August 14, 2017         /s/ Original signature on File
                               PAMELA L. PRINGLE

DATED: August 14, 2017         /s/ Megan T. Hopkins
                               MEGAN T. HOPKINS
                               Assistant Federal Defender
                               Attorney for PAMELA L. PRINGLE

O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **August 16, 2017**        /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE