| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, SBN #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | PAMELA PRINGLE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-0083 DAD-BAM |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE; [~~PROPOSED~~] ORDER |
| vs. | ) |
| | ) Date: November 13, 2017 |
| PAMELA PRINGLE, | ) Time: 1:00 p.m. |
| | ) Judge: Hon. Barbara A. McAuliffe |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for the plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Pamela Pringle, that the status conference currently scheduled for September 25, 2017 at 1:00 p.m. be continued to November 13, 2017 at 1:00 p.m.

The parties are actively engaged in plea negotiations, but have not yet arrived at an agreement. The continuance is requested to permit the parties enough time to come to terms, draft a written plea agreement and execute the agreement. If the parties are able to do so prior to November 13, 2017, the parties will notify the Court and request the matter be advanced for a change of plea before the district judge.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein

for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the September 25, 2017 status conference for *inter alia* defense trial preparation.

Respectfully submitted,

Phillip Talbert
United States Attorney

Date: September 13, 2017        */s/ Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 13, 2017        */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
PAMELA PRINGLE

# **O R D E R**

**IT IS SO ORDERED.**

The 3rd Status Conference currently scheduled for September 25, 2017 is hereby continued to November 13, 2017. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through November 13, 2017.

IT IS SO ORDERED.

Dated: __**September 13, 2017**__        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE